IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| XIAO SONG,<br><br>    Plaintiff,<br><br>v.<br><br>THE BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, JOSE CORDERO in his individual capacity, AND MARSHA DAVIS in her individual capacity,<br><br>    Defendants. | Civil Action No.<br>3:24-cv-00056-CDL |

## JOINT MOTION TO EXTEND DISCOVERY

COME NOW Plaintiff Xiao Song and Defendants the Board of Regents of the University System of Georgia ("the Board"), Jose Cordero, and Marsha Davis, by and through their counsel of record, and hereby move the Court to extend the discovery schedule by three (3) months. In support of this motion, the parties state as follows:

1.

On October 2, 2024, the Court entered an initial Scheduling and Discovery Order in this case. Doc. 8. Per that Order, discovery closes on March 10, 2025. *Id.*

1

2.

Since that Order, the parties have engaged in written party and non-party discovery, which is ongoing.

3.

The parties have scheduled the depositions of Plaintiff and the Individual Defendants Cordero and Davis for this month The parties may desire to take additional depositions after the party depositions are conducted.

4.

This case involves many of the same allegations and witnesses as the case of *Ming Zhang v. Board of Regents, et al.*, No. 3:23-CV-00149, which is presently pending before this Court. Undersigned counsel for Plaintiff Song represents Ming Zhang in that action, and undersigned counsel for the Board and Individual Defendants represents the same parties in the Zhang action. The parties have moved for a discovery extension on the Zhang case. In order to conserve resources and keep these related cases on a parallel course, counsel requests that the Court extend discovery in this action as well.

5.

Accordingly, the parties now jointly request a three (3) month extension of the discovery period, from March 10, 2025, through June 10, 2025, to allow the

2

parties to complete discovery, including depositions and non-party documents requests.

6.

This is the parties' first request to extend the discovery period.

This 4th day of February, 2025.

| | |
|---|---|
| **s/Kate A. Cantolina** | **s/Devin Hartness Smith** |
| Kate A. Cantolina        794526 | Devin Hartness Smith     918980 |
| Kira Fonteneau            103555 | Special Assistant Attorney General |
| The Workers' Firm LLC | Cook & Tolley LLP |
| P.O. Box 530092 | 304 East Washington Street |
| Atlanta, GA 30353 | Athens, Georgia 30601 |
| (404) 382-9660 | Telephone: (706) 549-6111 |
| kate@theworkersfirm.com | Facsimile: (706) 548-0956 |
| kira@theworkersfirm.com | Email: devinhsmith@cooktolley.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

3

## CERTIFICATE OF SERVICE

I certify that I have this day filed the foregoing JOINT MOTION TO EXTEND DISCOVERY using the Court's CM/ECF system, which will send notification of filing by electronic mail to all counsel of record.

This 4th day of February, 2025.

                                **s/Devin Hartness Smith**
                                DEVIN HARTNESS SMITH    918980
                                Special Assistant Attorney General